JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRIME NAVIGATION CO. LTD.,

                Plaintiff,

- against -

GLOBAL UNITED LTD.,

                Defendant.
------------------------------------------------------------X



08 CIV 5422

RECEIVED
JUN 1 - 2008
ECF CASE
U.S.D.C. S.D.N.Y.
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: June 16, 2008
       New York, NY

                                  The Plaintiff,
                                  PRIME NAVIGATION CO. LTD.

                                  By: _____
                                  Patrick F. Lennon
                                  Coleen A. McEvoy
                                  LENNON, MURPHY & LENNON, LLC
                                  The Gray Bar Building
                                  420 Lexington Ave., Suite 300
                                  New York, NY 10170
                                  (212) 490-6050
                                  facsimile (212) 490-6070
                                  pfl@lenmur.com
                                  cam@lenmur.com