UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PRIME NAVIGATION CO. LTD.,                :
                                          :
                              Plaintiff,  :     08-cv-5422 (JGK)
              - against -                 :
                                          :     ECF CASE
GLOBAL UNITED LTD.,                       :
                                          :
                              Defendant.  :
------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from the Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attached funds of Defendant restrained in the District are being released pursuant to separate written instructions that have been furnished to the garnishee bank(s).

Dated: July 24, 2008
       Southport, CT

                                The Plaintiff,
                                PRIME NAVIGATION CO. LTD.

                                By: _____
                                Patrick F. Lennon
                                Coleen A. McEvoy
                                LENNON, MURPHY & LENNON, LLC
                                420 Lexington Ave., Suite 300
                                New York, NY 10170
                                Phone (212) 490-6050
                                Fax (212) 490-6070
                                pfl@lenmur.com
                                cam@lenmur.com

SO ORDERED:

_____
Hon. John G. Koeltl
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2008